JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DAVID KHOA NGUYEN,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>PEOPLE,<br><br>　　　　　Respondent. | No. SA CV 14-01906-DOC (DFM)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated:  August 18, 2015

　　　　　　　　　　　　　　　　　　　　_David O. Carter_____
　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　United States District Judge